YrSusan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>GREGORY LITTLEJOHN,<br>    Defendant. | Docket 6:12-MJ-0069-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND; ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Gregory Littlejohn, by and through his attorney of record, Andras Farkas, that the status conference in the above-captioned matter currently set for February 13, 2013, at 10:00 a.m. be continued to March 5, 2013, at 10:00 a.m. At this time the Department of Justice will have analysis results to provide to Defense counsel.

Dated: February 7, 2013                 /S/ Matthew McNease
                                                                                           Matthew McNease
                                                                                      Acting Legal Officer
                                                                                      Yosemite National Park

Dated: February 7, 2013                 /S/ Andras Farkas
                                                                                           Andras Farkas
                                                                                      Attorney for Defendant
                                                                                      Gregory Littlejohn

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to continue the status conference, now set for February 13, 2013, at 10:00 a.m. to March 5, 2013, at 10:00 a.m., in *United States v. Gregory Littlejohn*, 6:12-mj-69-MJS, HEREBY ORDERS AS FOLLOWS:

The status conference now set for February 13, 2013 at 10:00 a.m., is continued to March 5, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 8, 2013              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE